# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHUNJI HAN, individually and on behalf of all other employees similarly situated, | : :  : |
| *Plaintiff,* | : CIVIL ACTION NO. : 3:20-CV-01322 (MPS) |
| v. | : : |
| NEW HILL TOP NAILS, INC., HYUN SHUL CHANG a/k/a TOM, and MYUNG SOOK CHANG a/k/a LEE | : : : : |
| *Defendants.* | : : |

## UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

Pursuant 29 U.S.C. § 216, Plaintiff Shunji Han (Plaintiff), by and through her counsel in the above captioned matter, hereby moves for an Order to approve the Settlement Agreement submitted herein, supported by Memorandum in Support of Motion, Declaration of Jian Hang, Esq, and attached exhibits herein.

                      PLAINTIFF,
                      SHUNJI HAN

                      By: /s/ Jian Hang
                            Jian Hang, Esq.
                            Federal Bar No. ct29549
                            136-20 38th Ave., Suite 10G
                            Flushing, New York 11354
                            Tele:  718-353-8588
                            Fax:   718-353-6288
                            E-mail: jhang@hanglaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that on the 15th day of April, 2020, a copy of the foregoing motion for settlement approval was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System

        /s/ Jian Hang
        Jian Hang